# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

September 11, 2013

For rules and forms visit
www.ca11.uscourts.gov

Stephen Gervaise Quinn
Wilson Morton & Downs, LLC
125 CLAIREMONT AVE STE 420
DECATUR, GA 30030-2551

Appeal Number: 13-11815-FF
Case Style: Christ Liberty Family Life Cen v. City of Avondale Estates, Geor
District Court Docket No: 1:10-cv-02326-CAP

**RULES PROVIDE FOR DISMISSAL WITHOUT FURTHER NOTICE WHEN A BRIEF OR APPENDIX IS NOT FILED OR <u>CORRECTED</u> WITHIN THE TIME PERMITTED.**

The brief filed by you in the referenced appeal is deficient because you have not included the required item(s) noted below:

Statement of Jurisdiction. 11th Cir. R. 28-1(g)

Summary of the Argument

Table of Citation

Table of Contents

One copy of your brief will be filed, subject to receipt of seven (7) copies of the item(s) noted above within **FOURTEEN (14) DAYS** from this date.

The required item(s) must be served on all parties to this appeal.

If instead of sending the specific item(s) noted above you choose to send a replacement brief, DO NOT AMEND THE ORIGINAL CERTIFICATE OF SERVICE DATE of the brief.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Gordon Fields
Phone #: (404) 335-6226